MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (CABN 189985)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10-mj-70762 LB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING THE |
| v. ) | PRELIMINARY HEARING DATE, AND |
| ) | EXCLUDING TIME, FROM SEPTEMBER |
| FEI QIANG QIN, ) | 17, 2010 TO OCTOBER 13, 2010 |
| ) | |
| Defendant. ) | |
| ) | |

     On August 31, 2010, defendant Fei Qiang Qin was charged in a criminal complaint. On that same day, defendant was arraigned on the complaint and entered a plea of not guilty. Defendant was also released on a $100,000 signature bond. On September 3, 2010, the Court scheduled the preliminary hearing in the case for September 17, 2010.

     By this stipulation, the parties respectfully request, and defendant specifically consents, that the preliminary hearing in this case be continued from September 17, 2010 to October 13, 2010 and, pursuant to Federal Rule of Criminal Procedure 5.1(d), the time limits set forth in Rule 5.1(c) be excluded from September 17, 2010 through October 13, 2010.   The parties respectfully request that this Court extend the time for a preliminary hearing, taking into account the public

Stipulation and Proposed Order
Case No. 10-mj-70762 LB

interest in the prompt disposition of criminal cases. Fed. R. Crim. P. 5.1(d).  The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension.  The government needs additional time to produce the evidence in this case and defense counsel needs additional time to review that evidence.  The parties also agree that granting the continuance is necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting such a continuance outweighs the best interests of the public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED:

                                        MELINDA HAAG
                                        United States Attorney

DATED: September 7, 2010        /s/   Hanley Chew
                                        HANLEY CHEW
                                        Assistant United States Attorney

DATED: September 7, 2010        /s/ Joyce Leavitt
                                        JOYCE LEAVITT
                                        Attorney for Fei Qiang Qin

## [~~PROPOSED~~] ORDER

For the reasons stated above, the Court finds that good cause exists to continue the preliminary hearing in this case from September 17, 2010 to October 13, 2010.  The Court also finds that an exclusion of time from September 17, 2010 through October 13, 2010 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and prompt disposition of criminal cases.  *See* 18 U.S.C. §3161 (h)(8)(A); Fed. R. Crim. P.  5.1(d).  Failure to grant the requested continuances

///

Stipulation and ~~Proposed~~ Order
Case No. 10-mj-70762 LB

1  would deny defendant reasonable time necessary for effective preparation, taking into account
2  the exercise of due diligence.  *See* 18 U.S.C. §3161(h)(8)(B)(iv).

3
4  IT IS SO ORDERED.

5  DATED: September 8, 2010
           _____
6          THE HON. LAUREL BEELER
           United States Magistrate Judge

Stipulation and ~~Proposed~~ Order
Case No. 10-mj-70762 LB