MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

HANLEY CHEW (CABN 189985)
Assistant United States Attorney
  1301 Clay Street, Suite 340S
  Oakland, CA 94612
  Telephone: (510) 637-3680
  Fax: (510) 637-3724
  E-Mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10-mj-70762 LB |
|     Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE PRELIMINARY HEARING DATE, AND EXCLUDING TIME, FROM OCTOBER 13, 2010 TO OCTOBER 28, 2010 |
| v. ) | |
| FEI QIANG QIN, ) | |
|     Defendant. ) | |

    On August 31, 2010, defendant Fei Qiang Qin was charged in a criminal complaint. On that same day, defendant was arraigned on the complaint and entered a plea of not guilty. Defendant was also released on a $100,000 signature bond. The Court has scheduled the preliminary hearing in the case for October 13, 2010.

    By this stipulation, the parties respectfully request, and defendant specifically consents, that the preliminary hearing in this case be continued from October 13, 2010 to October 28, 2010 and, pursuant to Federal Rule of Criminal Procedure 5.1(d), the time limits set forth in Rule 5.1(c) be excluded from October 13, 2010 to October 28, 2010. The parties respectfully request that this Court extend the time for a preliminary hearing, taking into account the public interest

1  in the prompt disposition of criminal cases. Fed. R. Crim. P. 5.1(d). The parties agree that –
2  taking into account the public interest in prompt disposition of criminal cases – good cause exists
3  for this extension. Defense counsel needs additional time to review the evidence produced and
4  collected by the government and conduct her own investigation into the facts of this case. After
5  defense counsel has reviewed the evidence and completed her investigation, the parties intend to
6  discuss whether a pre-indictment disposition is possible. The parties also agree that granting the
7  continuance is necessary for effective preparation of defense counsel, taking into account the
8  exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the
9  ends of justice served by granting such a continuance outweighs the best interests of the public
10 and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).
11 IT IS SO STIPULATED:

12                                  MELINDA HAAG
                                    United States Attorney
13

14 DATED: September 24, 2010        /s/   Hanley Chew
                                    HANLEY CHEW
15                                  Assistant United States Attorney

16
   DATED: September 24, 2010        /s/ Joyce Leavitt
17                                  JOYCE LEAVITT
                                    Attorney for Fei Qiang Qin
18

19                        [PROPOSED] ORDER

20      For the reasons stated above, the Court finds that good cause exists to continue the
                                                 at 9:30 am bef. Mag. Judge Spero in S.F.
21 preliminary hearing in this case from October 13, 2010 to October 28, 2010. The Court also
22 finds that an exclusion of time from October 13, 2010 to October 28, 2010 is warranted and that
23 the ends of justice served by the continuance outweigh the best interests of the public and the
24 defendant in a speedy trial and prompt disposition of criminal cases. *See* 18 U.S.C. §3161
25 (h)(8)(A); Fed. R. Crim. P. 5.1(d). Failure to grant the requested continuances would deny
26 ///
27
28

Stipulation and ~~Proposed~~ Order
Case No. 10-mj-70762 LB

1  defendant reasonable time necessary for effective preparation, taking into account the exercise of
2  due diligence.  *See* 18 U.S.C. §3161(h)(8)(B)(iv).
3
4  IT IS SO ORDERED.
5  DATED:_10/4/10_____        _____
6                                 THE HON. DONNA M. RYU
                                  United States Magistrate Judge

Stipulation and ~~Proposed~~ Order
Case No. 10-mj-70762 LB