MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

HANLEY CHEW (CABN 189985)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. 10-mj-70762 LB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE PRELIMINARY HEARING DATE, AND EXCLUDING TIME, FROM OCTOBER 28, 2010 TO NOVEMBER 18, 2010 |
| v. | ) | |
| FEI QIANG QIN, | ) | |
| Defendant. | ) | |

     On August 31, 2010, defendant Fei Qiang Qin ("defendant") was charged in a criminal complaint. On that same day, defendant was arraigned on the complaint and entered a plea of not guilty. Defendant was also released on a $100,000 signature bond. Defendant is a resident of Oakland and the purported criminal activity underlying the criminal complaint occurred in Oakland. The Honorable Donna Ryu has scheduled the preliminary hearing in the case for October 28, 2010 before the Honorable Joseph C. Spero.

     By this stipulation, the parties respectfully request, and defendant specifically consents, that the preliminary hearing in this case be continued from October 28, 2010 to November 18, 2010, and, pursuant to Federal Rule of Criminal Procedure 5.1(d), the time limits set forth in

Rule 5.1(c) be excluded from October 28, 2010 to November 18, 2010. The parties respectfully request that this Court extend the time for a preliminary hearing, taking into account the public interest in the prompt disposition of criminal cases. Fed. R. Crim. P. 5.1(d). The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension. Defense counsel needs additional time to review the evidence produced and collected by the government and conduct her own investigation into the facts of this case. After defense counsel has reviewed the evidence and completed her investigation, the parties intend to discuss whether a pre-indictment disposition is possible. The parties also agree that granting the continuance is necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighs the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED:

                                  MELINDA HAAG
                                  United States Attorney

DATED: October 19, 2010        /s/ Hanley Chew
                                  HANLEY CHEW
                                  Assistant United States Attorney

DATED: October __, 2010        /s/ Joyce Leavitt
                                  JOYCE LEAVITT
                                  Attorney for Fei Qiang Qin

[~~PROPOSED~~] ORDER

For the reasons stated above, the Court finds that good cause exists to continue the preliminary hearing in this case from October 28, 2010 to November 18, 2010 and to have the matter heard before the Honorable Laurel Beeler. The Court also finds that an exclusion of time from October 28, 2010 to November 18, 2010 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and prompt disposition of criminal cases. *See* 18 U.S.C. §3161 (h)(8)(A); Fed. R. Crim. P. 5.1(d).

Stipulation and Proposed Order
Case No. 10-mj-70762 LB

1  Failure to grant the requested continuances would deny defendant reasonable time necessary for
2  effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C.
3  §3161(h)(8)(B)(iv).
4
   IT IS SO ORDERED.
5
6  DATED:__10/20/10_____       _____
7                               THE HON.
                                United States Magistrate Judge
                                [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

Stipulation and Proposed Order
Case No. 10-mj-70762 LB