MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

HANLEY CHEW (CABN 189985)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10-mj-70762 LB |
| ) | |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING DATE, AND EXCLUDING TIME, FROM NOVEMBER 18, 2010 TO DECEMBER 15, 2010 |
|    v. ) | |
| ) | |
| FEI QIANG QIN, ) | |
| ) | |
|    Defendant. ) | |

On August 31, 2010, defendant Fei Qiang Qin ("defendant") was charged in a criminal complaint. On that same day, defendant was arraigned on the complaint and entered a plea of not guilty. Defendant was also released on a $100,000 signature bond. Defendant is a resident of Oakland and the purported criminal activity underlying the criminal complaint occurred in Oakland. The preliminary hearing in this matter is currently scheduled for November 18, 2010.

By this stipulation, the parties respectfully request, and defendant specifically consents, that the preliminary hearing in this case be continued from November 18, 2010 to December 15, 2010, and, pursuant to Federal Rule of Criminal Procedure 5.1(d), the time limits set forth in Rule 5.1(c) be excluded from November 18, 2010 to December 15, 2010. The parties

Stipulation and ~~Proposed~~ Order
Case No. 10-mj-70762 LB

1  respectfully request that this Court extend the time for a preliminary hearing, taking into account
2  the public interest in the prompt disposition of criminal cases. Fed. R. Crim. P. 5.1(d). The
3  parties agree that – taking into account the public interest in prompt disposition of criminal cases
4  – good cause exists for this extension. Defense counsel needs additional time to review the
5  evidence produced and collected by the government and conduct her own investigation into the
6  facts of this case. After defense counsel has reviewed the evidence and completed her
7  investigation, the parties intend to discuss whether a pre-indictment disposition is possible. The
8  parties also agree that granting the continuance is necessary for effective preparation of defense
9  counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv).
10 The parties also agreed that the ends of justice served by granting such a continuance outweighs
11 the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C.
12 § 3161(h)(8)(A).
13 IT IS SO STIPULATED:

                                                MELINDA HAAG
                                                United States Attorney

16 DATED: November 4, 2010                      /s/ Hanley Chew
                                                HANLEY CHEW
17                                              Assistant United States Attorney

18
   DATED: November 4, 2010                      /s/ Joyce Leavitt
19                                              JOYCE LEAVITT
                                                Attorney for Fei Qiang Qin
20

21                              [PROPOSED] ORDER

22      For the reasons stated above, the Court finds that good cause exists to continue the
23 preliminary hearing in this case from November 18, 2010 to December 15, 2010 at 10:00 a.m.
24 and to have the matter heard before the Honorable Donna Ryu. The Court also finds that an
25 exclusion of time from November 18, 2010 to December 15, 2010 is warranted and that the ends
26 of justice served by the continuance outweigh the best interests of the public and the defendant in
27 a speedy trial and prompt disposition of criminal cases. *See* 18 U.S.C. §3161 (h)(8)(A); Fed. R.
28 Crim. P. 5.1(d).

Stipulation and ~~Proposed~~ Order
Case No. 10-mj-70762 LB

1  Failure to grant the requested continuances would deny defendant reasonable time necessary for
2  effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C.
3  §3161(h)(8)(B)(iv).

4
   IT IS SO ORDERED.
5

6  DATED: November 5, 2010                    _____
                                              LAUREL BEELER
7                                             United States Magistrate Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and ~~Proposed~~ Order
Case No. 10-mj-70762 LB