MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

HANLEY CHEW (CABN 189985)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>FEI QIANG QIN,  )<br>  )<br>   Defendant.  )<br>_____  ) | Case No. 10-mj-70762 MAG<br><br>STIPULATION AND ORDER CONTINUING THE PRELIMINARY HEARING DATE, AND EXCLUDING TIME, FROM DECEMBER 15, 2010 TO JANUARY 20, 2011 |

On August 31, 2010, defendant Fei Qiang Qin ("defendant") was charged in a criminal complaint. On that same day, defendant was arraigned on the complaint and entered a plea of not guilty. Defendant was also released on a $100,000 signature bond. Defendant is a resident of Oakland and the purported criminal activity underlying the criminal complaint occurred in Oakland. The preliminary hearing in this matter is currently scheduled for December 15, 2010.

By this stipulation, the parties respectfully request, and defendant specifically consents, that the preliminary hearing in this case be continued from December 15, 2010 to January 20, 2011, and, pursuant to Federal Rule of Criminal Procedure 5.1(d), the time limits set forth in Rule 5.1(c) be excluded from December 15, 2010 to January 20, 2011. The parties respectfully

Stipulation and Order
Case No. 10-mj-70762 MAG

1  request that this Court extend the time for a preliminary hearing, taking into account the public
2  interest in the prompt disposition of criminal cases.  Fed. R. Crim. P. 5.1(d).  The parties agree
3  that – taking into account the public interest in prompt disposition of criminal cases – good cause
4  exists for this extension.  Defense counsel needs additional time to review the evidence produced
5  and collected by the government and conduct her own investigation into the facts of this case.
6  After defense counsel has reviewed the evidence and completed her investigation, the parties
7  intend to discuss whether a pre-indictment disposition is possible.  The parties also agree that
8  granting the continuance is necessary for effective preparation of defense counsel, taking into
9  account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also
10 agreed that the ends of justice served by granting such a continuance outweighs the best interests
11 of the public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(8)(A).
12 IT IS SO STIPULATED:

13                                          MELINDA HAAG
                                             United States Attorney
14

15 DATED: December 9, 2010          /s/ Hanley Chew
                                             HANLEY CHEW
16                                          Assistant United States Attorney

17
   DATED: December 10, 2010          /s/ Joyce Leavitt
18                                          JOYCE LEAVITT
                                             Attorney for Fei Qiang Qin
19

20                                        ORDER

21     For the reasons stated above, the Court finds that good cause exists to continue the
22 preliminary hearing in this case from December 15, 2010 to January 20, 2011 at ~~10:00~~ **9:30 a.m.** and
23 to have the matter heard before the Honorable Donna M. Ryu.  The Court also finds that an
24 exclusion of time from December 15, 2010 to January 20, 2011 is warranted and that the ends of
25 justice served by the continuance outweigh the best interests of the public and the defendant in a
26 speedy trial and prompt disposition of criminal cases.  *See* 18 U.S.C. §3161 (h)(8)(A); Fed. R.
27 Crim. P.  5.1(d).   Failure to grant the requested continuances would deny defendant reasonable
28

Stipulation and Order
Case No. 10-mj-70762 MAG

1  time necessary for effective preparation, taking into account the exercise of due diligence. *See*
2  18 U.S.C. §3161(h)(8)(B)(iv).

3  IT IS SO ORDERED.

5  DATED: 12/10/2010

_____
THE HON. DONNA M. RYU
United States Magistrate Judge

Stipulation and Order
Case No. 10-mj-70762 MAG