| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Criminal Chief |
| 4 | HANLEY CHEW (CABN 189985)<br>Assistant United States Attorney |
| 5 | 1301 Clay Street, Suite 340S<br>Oakland, CA 94612 |
| 6 | Telephone: (510) 637-3680<br>Fax: (510) 637-3724 |
| 7 | E-Mail: hanley.chew@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. 10-mj-70762 LB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING THE |
| v. | ) ) | PRELIMINARY HEARING DATE, AND EXCLUDING TIME, FROM FEBRUARY |
| FEI QIANG QIN, | ) | 24, 2011 TO MARCH 31, 2011 |
| Defendant. | ) ) | |

On August 31, 2010, defendant Fei Qiang Qin ("defendant") was charged in a criminal complaint. On that same day, defendant was arraigned on the complaint and entered a plea of not guilty. Defendant was also released on a $100,000 signature bond. Defendant is a resident of Oakland and the purported criminal activity underlying the criminal complaint occurred in Oakland. The preliminary hearing in this matter is currently scheduled for February 24, 2010.

By this stipulation, the parties respectfully request, and defendant specifically consents, that the preliminary hearing in this case be continued from February 24, 2011 to March 31, 2011, and, pursuant to Federal Rule of Criminal Procedure 5.1(d), the time limits set forth in Rule 5.1(c) be excluded from February 24, 2011 to March 31, 2011. The parties respectfully request

Stipulation and Proposed Order
Case No. 10-mj-70762 LB

that this Court extend the time for a preliminary hearing, taking into account the public interest in the prompt disposition of criminal cases. Fed. R. Crim. P. 5.1(d). The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension. Defense counsel needs additional time to review the evidence produced and collected by the government and conduct her own investigation into the facts of this case. After defense counsel has reviewed the evidence and completed her investigation, the parties intend to discuss whether a pre-indictment disposition is possible. The parties also agree that granting the continuance is necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighs the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A). Moreover, government counsel will be unavailable the week of February 21, 2011 due to a family medical situation.

IT IS SO STIPULATED:

                                                MELINDA HAAG
                                                United States Attorney

DATED: 2/10/11                      /s/ Hanley Chew
                                                HANLEY CHEW
                                                Assistant United States Attorney

DATED: 2/10/11                      /s/ Joyce Leavitt
                                                JOYCE LEAVITT
                                                Attorney for Fei Qiang Qin

## [~~PROPOSED~~] ORDER

For the reasons stated above, the Court finds that good cause exists to continue the preliminary hearing in this case from February 24, 2011 to March 31, 2011 at ~~10:00~~ 9:30 a.m. and to have the matter heard before the Honorable Donna M. Ryu. The Court also finds that an exclusion of time from February 24, 2011 to March 31, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and prompt disposition of criminal cases. *See* 18 U.S.C. §3161 (h)(8)(A); Fed. R. Crim. P. 5.1(d). Failure to grant the requested continuances would deny defendant reasonable

Stipulation and ~~Proposed~~ Order
Case No. 10-mj-70762 LB

time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. §3161(h)(8)(B)(iv).

IT IS SO ORDERED.

DATED: February 11, 2011

                                       THE HON. LAUREL BEELER
                                       United States Magistrate Judge